UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br><br>RONALD EDGAR DAVIS,<br><br>                    Defendant. | No. CR-05-148-FVS<br><br><br>ORDER |

**THIS MATTER** comes before the Court based upon the defendant's motion to modify the judgment. He is representing himself.

**BACKGROUND**

A revocation judgment was entered on October 26, 2007. The defendant was ordered to serve 12 months imprisonment consecutive to a state sentence. He alleges that the Bureau of Prisons ("BOP") has wrongfully refused to give him credit for 82 days of confinement that he has served.

**RULING**

"After a district court sentences a federal offender, the Attorney General, through the [Bureau of Prisons], has the responsibility for administering the sentence." *United States v. Wilson*, 503 U.S. 329, 335, 112 S.Ct. 1351, 1355, 117 L.Ed.2d 593 (1992). Thus, questions concerning the execution of a sentence should be presented to the BOP in the first instance. *See id.* If,

ORDER - 1

after exhausting his administrative remedies, the defendant remains dissatisfied, he may seek review of the BOP's decision under 28 U.S.C. § 2241. *See Doganiere v. United States*, 914 F.2d 165, 169 (9th Cir.1990); *United States v. Giddings*, 740 F.2d 770, 772 (9th Cir.1984). However, the proper forum for bringing a § 2241 habeas petition challenging the execution of a sentence is the district where the prisoner is confined. *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir.1989). The proper respondent in such an action is the prisoner's "immediate custodian." *Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir.1992) (per curiam) (citation omitted).

**IT IS HEREBY ORDERED:**

The defendant's motion to vacate (**Ct. Rec. 56**) is **denied.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to the defendant and to counsel for the United States.

**DATED** this 9th day of October, 2008.

s/ Fred Van Sickle
Fred Van Sickle
Senior United States District Judge